

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

APR 24 2008
APR 24 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Eddie Charles Willis
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Chicago Police Department, Interim Superintendent Dana Starks, Commander John Doe #1 and Lt. Jane Doe #2 of the 22nd District are sued in their official capacities Tactical Team Officers GORMAN #3935 and John Doe #3 are sued in their individual and official capacities.

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

08CV2337
JUDGE ANDERSEN
MAGISTRATE JUDGE KEYS

Case _____
(To be supplied by the Clerk of this Court)

JURY TRIAL DEMANDED

CHECK ONE ONLY:

✓  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

___  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

___  OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

   A. Name: Eddie Charles Willis

   B. List all aliases: Antwon Tillerman

   C. Prisoner identification number: R17208

   D. Place of present confinement: Stateville Correctional Center

   E. Address: P.O. Box 112, Joliet, Ill, 60434

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Dana Starks

   Title: Chicago Police Interim Superintendent Dana Starks

   Place of Employment: Chicago Police Department

   B. Defendant: John Doe #1

   Title: Commander of 22nd District (at the time incident occurred)

   Place of Employment: Chicago Police Department 22nd District

   C. Defendant: Jane Doe #2

   Title: Lieutenant of the 22nd District

   Place of Employment: Chicago Police Department 22nd District

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

Defendents

d). Defendents: GORMAN #3935

   title: Tactical Team Officer

   Place of Employment: Chicago Police Department

e). Defendents: John Doe #3

   title: Tactical Team Officer

   Place of Employment: Chicago Police Department

(The plaintiff has used J. Does in place of some of the defendents names. The plaintiff prays, that once Discovery is reached, he can Amend the Complaint with their correct information.)

page 2a

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Willis v. Ramsey 03 c 571

B. Approximate date of filing lawsuit: 2003 march

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Eddie Charles Willis

D. List all defendants: Kane County Sheriff Kenneth Ramseys' Office, Sgt Lewis, Officer Williams, Officer O'Conner, and Officer Lang

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. District Court, Ill, Northern District Eastern Division

F. Name of judge to whom case was assigned: Honorable Rebecca Pallmeyer Honorable Magistrate Michael T. Mason

G. Basic claim made: Excessive Force, Failure to Protect,

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): The case settled out of court and both parties agreed to dismiss the case.

I. Approximate date of disposition: 1-1-07

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1). On or about November 13, 2007 the plaintiff was stopped as being a suspicious person by tactical team officers GORMAN and John Doe #3 on or about 100th and Western St on Chicago's South Side on or about 10:30 PM.

2). The plaintiff ran through a parking lot past a gate and surrendered next to a house near the end of the alley where tactical team officer John Doe #3 ordered plaintiff down at gun-point and hand-cuffed him.

3). The plaintiff Eddie Willis laid on pavement handcuffed when Tactical Team officer GORMAN ran up to the plaintiff and began to pistol whip Eddie Willis. GORMAN also used a racial slur as he punched, kicked, and beat the plaintiff about the head, body, and legs.

4). Defendant John Doe #3 began to beat Eddie Willis after his partner GORMAN started. John Doe #3 beat plaintiff about the head, body, and legs and when uniformed officers arrived the beating subsided.

5). The plaintiff told Tactical Team officers GORMAN and his partner John Doe #3 he needed to go to a hospital.

6). The plaintiff also told seperate Defendent Jane Doe #2 that he had been pistol whipped and beaten by GORMAN and John Doe #3 and that he needed to get medical treatment because he believed he had a concussion and was bleeding.

7). An evidence technician came and took pictures of plaintiff Eddie Willis' bruises.

8). Plaintiff was denied medical treatment and spent two days in a holding cell at the 22nd District.

9). The plaintiff was transported to Cook County Jail on or about the 15th of November where he told officers he had been beaten by the Chicago Police Department. The Sheriff Deputies had me examined by a Doctor, and plaintiff was put on medication and treated.

10). The plaintiff wrote the Office of Proffessional Standards about being pistol whipped and being beaten, and an Investigator from The police's Independent Review Board came and interviewed the plaintiff.

11). The Interim Superintendent of the Chicago Police Department at the time beating occured Dana Starks, failed to change and or modify the rules, policies, and or procedures in place and also failed to properly train and or supervise subordinants which led up to and or caused the Constitutional Violations and State law Violations Here in.

12). The Commander of the Chicago Police Departments' 22nd District at the time the beating occurred John Doe #1 failed to change and modify the rules, policies, and or procedures in place and also failed to properly train and or supervise subordinants which led up to and or caused the Constitutional Violations and State law Violations Here in.

13). Lieutenant Jane Doe #2 violated the United States Constitution by denying the plaintiff Eddie Willis medical treatment for subsequent injuries inflicted during the unconstitutional use of excessive force.

14). Tactical Team Officer Gorman #3935 violated the 8th, 10th, 11th, and 14th Amendments to the United States Constitution and State Law when he used excessive force, racial slurs, and denied the plaintiff Eddie Willis medical treatment for subsequent injuries inflicted during the unconstitutional use of excessive force.

15). Tactical Team Officer John Doe #3 violated the 8th, 10th, 11th, and 14th Amendments to the United States Constitution and State Law when he used excessive force and denied the plaintiff Eddie Willis medical treatment for subsequent injuries inflicted during the unconstitutional use of excessive force.

16). **The Complaint is a prima facie showing!!**

## DAMAGES

a). Eddie Willis, the plaintiff was pistol whipped and beaten by members of the Chicago Police Tactical Team which caused bruising, permanent scarring throughout the plaintiff's body.

b). Eddie Willis, the plaintiff was placed in a holding cell and denied medical treatment for two days for subsequent injuries inflicted during the unconstitutional use of excessive force.

c). Eddie Willis, the plaintiff was the subject of racially motivated derogatory speech by the Tactical Team Unit of the Chicago Police Department.

d). All of which has led to pain and suffering and extreme emotional distress.

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

WHEREFORE, the plaintiff asks that he be granted punitive, compensatory, and Nominal Damages Jointly and severely against the Chicago Police Department and the other Defendants for Eddie Willis the plaintiffs' bruising, permanent scarring, pain and suffering, extreme emotional distress and the violation of his Civil Rights. WHEREFORE, This Honorable Court grant other relief as deemed appropriate.

VI. The plaintiff demands that the case be tried by a jury.  ■ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 23 day of March, 2008

Eddie Charles Willis
(Signature of plaintiff or plaintiffs)

Eddie Charles Willis
(Print name)

R17208
(I.D. Number)

Stateville Correctional Center
P.O. Box 112
Joliet, Ill. 60434
(Address)

6

Revised 9/2007



*Thomas Dart*
Sheriff

*Salvador Godinez*
Executive Director

Cook County Department of Corrections
Court Communication Letter
Record's Office

2700 South California Avenue
Chicago, Illinois 60608

Tel: 773.869.6806      FAX: 773.869.7292

## VERIFICATION OF INCARCERATION

CCDOC Number: 2007-0086386

Regarding: Willis, Edda AKA Tillerman, Antwon

Date of Birth: 09/22/80

Social Security Number: 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

To Whom it May Concern,
   Pursuant to your request the following information is submitted.

Date Entered CCDOC: 11/15/07

Date Released: In Custody                 How Released: In Custody

Case / Indictment #: 0771142787           Case / Indictment #: _____
Charge: Burglary                          Charge: _____
Disposition: Pend                         Disposition: _____
Disposition Date: None /                  Disposition Date: _____

Form Completed by: _____ 12/06/07

Lt. D. Johnson #164
Division 5 / Record's Office
773.869.2390