7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

FILED
APR 24 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

__Eddie Charles Willis__
Plaintiff

__Chicago Police Interim Superintendent Dana Starks and et.al.__
Defendant(s)

08CV2337
JUDGE ANDERSEN
MAGISTRATE JUDGE KEYS

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, __Eddie Willis__, declare that I am the ☒ plaintiff ☐ petitioner ☐ movant (other ___) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the ⓒomplaint/petition/motion/appeal. In support of this petition/ⓐpplication/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Question 2)
   I.D. # __R17208__   Name of prison or jail: __Stateville Correctional CC__
   Do you receive any payment from the institution?   ☐ Yes  ☒ No   Monthly amount: ___

2. Are you currently employed?   ☐ Yes   ☒ No
   Monthly salary or wages: ___
   Name and address of employer: ___

   a. If the answer is "No":
      Date of last employment: ___
      Monthly salary or wages: ___
      Name and address of last employer: ___

   b. Are you married?   ☐ Yes   ☒ No
      Spouse's monthly salary or wages: ___
      Name and address of employer: ___

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages   ☐ Yes   ☒ No
      Amount ___   Received by ___

b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☒No
Amount_____ Received by_____

c. ☐ Rent payments, ☐ interest or ☐ dividends ☐Yes ☒No
Amount_____ Received by_____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
☐Yes ☒No
Amount_____ Received by_____

e. ☐ Gifts or ☐ inheritances ☐Yes ☒No
Amount_____ Received by_____

f. ☐ Any other sources (state source:_____) ☐Yes ☒No
Amount_____ Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?  ☐Yes ☒No   Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments? ☐Yes ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐Yes ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
☐Yes ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents

CERTIFICATE

( TO BE COMPLETED FOR PRISONERS ONLY. THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER)

I hereby certify that the plaintiff or petitioner in this action has the sum of $ __80.44__ in his trust fund account at this correctional center where is confined. I further certify that the plaintiff or petitioner has the following securities to his credit according to the records of this institution: _____

_T. C_____
Authorized Officer

_Statville CC_
Institution

_Accountant Supervisor_
Title

_3-27-08_
Date

IMPORTANT:

THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX MONTH LEDGER OF THE PLAINTIFF'S TRUST FUND ACCOUNT.

| Date: | 2/13/2008 | | Stateville Correctional Center | | | | Page 1 of 1 |
|---|---|---|---|---|---|---|---|
| Time: | 11:24:27 | | Trust Fund | | | | |
| CHAMP | | | Inmate Transaction Statement | | | | |
| | | | 1/1/2007 to 2/13/2008 | | | | |

**Inmate: R17208 Willis, Eddie**     **Housing Unit: NRC-RU-03-06**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 01/24/08 | Mail Room | 04 Intake and Transfers In | 024237 | 157092 | Cook County Jail | 100.05 | 100.05 |

|  |  |
|---|---|
| Total Inmate Funds: | 100.05 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 100.05 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

Facility: COOK COUNTY JAIL
Shipped: 12/19/2007 16:35
Order#: 1743785
Loc: DIV 02
 BL/BU D2
 T/D N
 C/B 02
Name: WILLIS, EDDIE
Number: 20070086386

## 24 Items

| QTY | PLU | Item | Sub | Tax R | QTY | PLU | Item | Sub | Tax R |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 8002 | JOLLY RNCHR-ASST | 1.94 | 0.00 | | | | | |
| 2 | 3056 | DORITOS - NACHO | 1.56 | 0.00 | | | | | |
| 5 | 7110 | 6 GUN BEEF STICK | 3.00 | 0.00 | | | | | |
| 2 | 3017 | SALTINES | 3.80 | 0.00 | | | | | |
| 1 | 7113 | SUMR SAUSGE-BEEF | 2.25 | 0.00 | | | | | |
| 4 | 7003 | PEANUT BTR BARS | 6.60 | 0.00 | | | | | |
| 2 | 1030 | SOAP - TONE | 2.00 | 0.00 | | | | | |
| 2 | 3060 | CHEETOS - HOT | 1.56 | 0.00 | | | | | |
| 1 | 7112 | SLCD PEPPERONI | 2.25 | 0.00 | | | | | |
| 1 | 7106 | HOT SAUCE | 1.25 | 0.00 | | | | | |
| 2 | 3023 | DORITOS HABANERO | 1.56 | 0.00 | | | | | |

24 Items Total

```
Subtotal: $    27.77
    Tax: $     0.00
  Total: $    27.77
Balance: $    23.54
```

**INMATE COPY**

I just did it again, I closed my eyes and I imagined we were together, and my eyes are watering.

Or somtimes I imagine you were in the same room with me, and I blink and you dissapear, everytime I go to hug you, you just fade away.

I think about the person that made me human, You showed me so much good and so much bad, I try to just remember the good. You showed me what love is, what hate is.

Even what it feels like to cry.

Deep down inside it almost feels good because for a brief few seconds while those tears role down my eyes, I feel love again

I hope you do the right thing