# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Eddie Charles Willis | 08C2337  08cv2337 |
| DEFENDANT | TYPE OF PROCESS |
| Dana Starks, et al. | S/C |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Tactical Team Officer Gorman #3935, Chicago Police Department

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** C.P.D., C/O P. Martin, Supv. of Subpoenas, 3510 S. Michigan Ave., Chicago, IL 60653

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Eddie Charles Willis, R-17208
Stateville-STV
P.O. Box 112
Joliet, IL 60434

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FILED
Jul 14, 2008
JUL 1 4 2008 YM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER | DATE 05-19-08

---

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 2 of 2 | District of Origin No. 24 | District to Serve No. 24 | Signature of Authorized USMS Deputy or Clerk: Td | Date 05-19-08

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Vincent Catto  Legal

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 6/25/08 | Time: 2:53 pm

Signature of U.S. Marshal or Deputy: J. Chi

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: One service fee charged same case & location see process sheet # 1 for charges