**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number:   08 C 2337
Eddie Charles Willis
v.
Chicago Police Department, Interim Superintendent Dana Starks, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Chicago Police Department, Interim Superintendent Dana Starks

NAME (Type or print)
Naomi A. Avendano

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/Naomi A. Avendano

FIRM   CITY OF CHICAGO, Law Department

STREET ADDRESS   30 N. LaSalle, Suite 1400

CITY/STATE/ZIP   Chicago, IL 60602

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   6203689     TELEPHONE NUMBER   312-742-7880

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   N

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   N

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.
RETAINED COUNSEL                    APPOINTED COUNSEL