IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDDIE CHARLES WILLIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 08 C 2337 |
| v. ) | |
| ) | Judge Andersen |
| CHICAGO POLICE DEPARTMENT, ) | |
| INTERIM SUPERINTENDENT DANA ) | Magistrate Judge Keys |
| STARKS, ET AL., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS CHICAGO POLICE DEPARTMENT AND DANA STARKS' MOTION
FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants Chicago Police Department and former Interim Superintendent Dana Starks, by one of their attorneys, Naomi Avendano, Deputy Corporation Counsel, respectfully request this Court for an extension of time until all defendants have been named and served to answer or otherwise plead to plaintiff's Complaint.

In support of this motion, the defendants state as follows:

1. Copies of the summons and complaint for former Interim Superintendent Dana Starks was served the end of July 2008, and not on June 25, 2008, as reflected by the Court docket. The docket reflects that the Dana Starks' responsive pleadings are due on July 15, 2008. To date, no other officers have been served and the complaint names three additional John Does.

2. Pursuant to Fed.R.Civ.P. 12(a)(1)(A), a defendant shall serve responsive pleadings within 20 days after being served with the summons and complaint. The earliest answer is therefore due on or about August 15, 2008.

3. A newly assigned counsel for the defendants is in the process of obtaining documents pertinent to the claims raised in the complaint, consulting with the client who has been served, and investigating plaintiff's claims.

4. This request for an extension is not being made for the purpose of delay or other

unlawful purpose.

5.    Plaintiff will not be prejudiced by the requested extension of time.

WHEREFORE, defendants respectfully request that this Court allow them an extension of time until all defendants have been served to answer or otherwise plead to plaintiff's complaint.

                                        Respectfully submitted,

                                        MARA S. GEORGES
                                        Corporation Counsel of the
                                        City of Chicago

By:    s/Naomi Avendano
        Naomi Avendano
        Deputy Corporation Counsel

30 N. LaSalle Street
Suite 1400
Chicago, IL 60602
742-7880

## CERTIFICATE OF SERVICE

    I hereby certify that I have caused to be delivered by U.S. first class mail and by electronic filing, true and correct copies of the Appearance for Dana Starks and the Chicago Police Department and the above and foregoing Notice of Motion and Motion for Extension of Time to Answer Or Otherwise Plead to the plaintiff at the address indicated on the Notice of Motion on August 8, 2008.

                                                          s/Naomi Avendano
                                                          Naomi Avendano