IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDDIE CHARLES WILLIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 08 C 2337 |
| v. ) | |
| ) | Judge Andersen |
| CHICAGO POLICE DEPARTMENT, ) | |
| INTERIM SUPERINTENDENT DANA ) | Magistrate Judge Keys |
| STARKS, ET AL., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

TO:   Eddie Charles Willis
      R17208
      Stateville Correctional Center
      P.O.Box 112
      Joliet, IL 60434

**PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court the **Defendants' Motion for Extension of Time to Answer or Otherwise Plead,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Andersen or before such other Judge sitting in his place or stead, on the 4th day of September, at 9:00 a.m., or as soon thereafter as counsel may be heard and then and there present the attached Motion.

DATED at Chicago, Illinois this 8th day of August, 2008.

Respectfully submitted,

s/Naomi Avendano
Naomi Avendano
Deputy Corporation Counsel

30 N. LaSalle St., Suite 1400
Chicago, Illinois 60602
312-742-7880