IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **EDDIE CHARLES WILLIS,** | ) |
| | ) 08 C 2337 |
| Plaintiff, | ) |
| v. | ) |
| | ) Judge Andersen |
| **CHICAGO POLICE DEPARTMENT,** | ) |
| et al., | ) Magistrate Judge Keys |
| | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

**TO**: Eddie Charles Willis, R17208
Stateville Correctional Center
P.O. Box 112
Joliet, Illinois 60434

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT DANA STARKS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Wayne R. Andersen, or before such other Judge sitting in his place or stead, on the 11th day of September, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard and present the previously filed motion.

**DATED** at Chicago, Illinois this 5th day of September, 2008.

MARA S. GEORGES
CORPORATION COUNSEL
CITY OF CHICAGO

BY:   /s/ Ashley C. Kosztya
ASHLEY C. KOSZTYA
Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-6922
Attorney No. 6274884

## CERTIFICATE OF SERVICE

I hereby certify that I have caused this **DEFENDANT STARKS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** to be served via U.S. mail upon the plaintiff on 5th day of September, 2008.

**/s/ Ashley C. Kosztya**
ASHLEY C. KOSZTYA