

Prisoner Correspondence
Clerk of the U.S. District Court
219 South Dearborn St - 20th Floor
Chicago, Il ,60604

Eddie Willis #R17208
DIXON Correctional Center
2600 North Brinton ave
DIXON, IL, 61021-9524

FILED
Sep 5, 2008
SEP 5 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Correspondent

regarding; Willis v. Starks. et, al

case No. 1:08-cv-02337
Honorable Wayne R. Andersen
magistrate judge: Keys

I the ~~plaintiff~~ have transferred from Stateville prison to DIXON.

Eddie Willis #R17208
DIXON Correctional Center
2600 North Brinton ave
DIXON, IL, 61021-9524

please consider this an address change.